UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

IN RE:  
    Matthew K Randall  
    Leslie R. Randall  
    Debtors

CHAPTER 7  
BANKRUPTCY NO. 12-bk-35462

JUDGE:  Judge Guy R. Humphrey

**APPEARANCE**

Comes now Elizabeth Alphin of MAPOTHER & MAPOTHER, P.S.C., under the provisions of Local Bankruptcy Rule 2090-1(a) and states that the undersigned is a member in good standing of the bar of the highest court in the Commonwealth of Kentucky, having been admitted to the bar.  Additionally, the undersigned is admitted to practice in the United States District Court for the Northern and Southern Districts of Indiana and the Eastern and Western Districts of Kentucky and actively practices in the Bankruptcy Courts of these Districts.  Thus the undersigned enters an appearance on behalf of the Creditor herein, eCast Settlement Corporation, Assignee of Capital One, N.A., and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel to the address set forth below.

**MAPOTHER & MAPOTHER, P.S.C.**

By:  / s/ Elizabeth Alphin  
    Elizabeth Alphin (#0076068)  
    Counsel for Creditor  
    815 W. Market Street, Suite 500  
    Louisville KY 40202-2654  
    (502) 638-4961  
    EBA@mapother-atty.com

B7OS_0003A/13-34040

## CERTIFICATE

I, Elizabeth Alphin, hereby certify that the foregoing _____Appearance_____ was sent by regular U.S. mail, postage prepaid, this _____6/17/13_____ to the following:

Matthew K Randall
5255 Winterhill Court
Tipp City, OH  45371

Leslie R. Randall
5255 Winterhill Court
Tipp City, OH  45371

    Capital One, NA
    Bass & Associates, P.C.
    3936 E. Ft. Lowell Road, Suite #200
    Tucson, AZ 85712

    Cavalry Portfolio Services, LLC
    500 Summit Lake Drive
    Suite 400
    Valhalla, NY 10595

I, Elizabeth Alphin, hereby certify that the foregoing _____Appearance_____ was electronically transmitted on or about _____6/17/13_____ via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Elizabeth Alphin     loubknotices@mapother-atty.com

Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

Canice J. Fogarty acflaw_2000@yahoo.com

David L Mikel ch7trustee@dunganattorney.com, oh60@ecfcbis.com

Gregory Turner gturnerlaw@earthlink.net

B7OS_0003A/13-34040

/s/ Elizabeth Alphin
Elizabeth Alphin (#0076068)

B7OS_0003A/13-34040